IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUL-BUR ASSOCIATES, INC.** and **JULE'S BOTTEGA** | : : : | **CIVIL ACTION** |
| v. | : : | |
| **SELECTIVE INSURANCE COMPANY OF NORTH AMERICA** and **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST** | : : : : | **NO. 20-1977** |

## ORDER

**NOW**, this 13th day of July, 2020, upon consideration of the Motion by Selective Insurance Company of America and Selective Insurance Company of the Southeast to Dismiss Plaintiffs' Complaint (Document No. 5) and the plaintiffs having filed an Amended Complaint, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.