# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUL-BUR ASSOCIATES, INC.** *et al.*, *Plaintiffs* | **CIVIL ACTION** |
| v. | |
| **SELECTIVE INSURANCE COMPANY OF AMERICA** *et al.*, *Defendants* | **No. 20-1977** |

## ORDER

**AND NOW**, this 11th day of February, 2021, upon consideration of the Amended Complaint (Doc. No. 11), Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 19), Plaintiffs' Response in Opposition to the Motion (Doc. No. 27), and Defendants' Reply in Further Support of the Motion to Dismiss (Doc. No. 29), it is **ORDERED** that Defendants' Motion (Doc. No. 19) is **GRANTED WITHOUT PREJUDICE** to Plaintiffs' right to file a declaratory judgment action in state court. The Court **DECLINES** to retain jurisdiction over this matter. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE